## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONACINO CASARES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's request for hearing on Rule 35(b) motion (filing 33) is granted;

(2)     A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 31) has been set before the undersigned United States district judge at 11:30 a.m., on Friday, June 10, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(3)     At the request of the defendant through his counsel, and without objection by the government, the defendant will participate in the hearing by telephone;

(4)     The Marshal is directed not to return the defendant to the district; and

(5)     The defendant is held to have waived his right to be present.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge