IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3071 |
| | ) | |
| V. | ) | |
| | ) | |
| DONACINO CASARES JR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Upon the advice of the Probation Officer,

   IT IS ORDERED that disposition (sentencing) is continued until Tuesday, November 9, 2010, at 12:00 noon. Defendant is advised that his conduct during this continuance will be closely monitored and will have a substantial bearing upon the sentence that will be imposed.

   DATED this 3rd day of August, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge