IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONACINO CASARES, JR,<br><br>    Defendant. | 4:02CR3071<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 80) is granted.

2) The Court's prior order, (Filing No. 72) is modified as follows: Upon defendant's anticipated graduation from treatment at NOVA on January 11, 2013, the defendant is permitted to transition to the sober living residence in Omaha, Nebraska previously disclosed to and approved by the defendant's supervising officer.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

January 9, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge